The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAIME ARAUJO<br><br>Defendant. | No. CR14-185-RSL<br><br>ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DEADLINE |

Based on the unopposed motion by defendant Jaime Araujo, by and through his attorneys, Emily M. Gause and John Henry Browne, to continue the trial date and pretrial motions deadline, the facts set forth, which are hereby incorporated by references in its findings of fact, the Court finds as follows:

1. The facts and circumstances are as set forth in the Unopposed Motion to Continue Trial Date;

2. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

4. Defense counsel has not yet received discovery. It is unreasonable to expect adequate preparation for pretrial proceedings or for the trial within the time limits established by the speedy trial act, and currently set for this case. 18 U.S.C. §3161(h)(7)(B)(ii).

5. Taking into account the exercise of due diligence, a failure to grant a continuance will deny the defense the reasonable time necessary for effective preparation of their defense. U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE, IT IS HEREBY ORDERED that the defense motion to continue is GRANTED. The trial date in this case is continued from the current date September 2, 2014 to January 26, 2015.

All pretrial motions, not including motions in limine, shall be filed no later than December 19, 2014.

IT IS FURTHER ORDERED that the resulting period of delay from the date of the filing of the Unopposed Motion to Continue Trial Date, until January 26, 2015, is hereby excluded for speedy trial purposes, 18 U.S.C. § 3161(h)(7)(A) and U.S.C. § 3161 (h)(7)(B).

DATED this 31st day of July, 2014.

Robert S. Lasnik  
United States District Judge